Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED
MAR 29 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
for the
Northern District of California
SF/Oakland Division

| | |
|---|---|
| James Hellard <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> City of San Rafael, Lynn Murphy, Carl Huber <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. CV22 2001 <br> (to be filled in by the Clerk's Office) <br> KAW <br> Jury Trial: (check one) ✓ Yes ☐ No <br> Violation of <br> 42 USC 1983   42 USC 1985   18 USC 2331 <br> Battery, Conversion, Trespass to chattel |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: James Hellard
Address: PO Box 150405
San Rafael, CA 94901
  City / State / Zip Code
County: Marin
Telephone Number: 628-888-9073
E-Mail Address: JamesHellard@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: City of San Rafael
Job or Title (if known): Municipal Corporation
Address: 1400 Fifth Street
San Rafael, CA 94901
  City / State / Zip Code
County: Marin
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name: Lynn Murphy
Job or Title (if known): Homeless Liason Officer
Address: 1400 Fifth Street
San Rafael, CA 94901
  City / State / Zip Code
County: Marin
Telephone Number:
E-Mail Address (if known):

☑ Individual capacity   ☑ Official capacity

Defendant No. 3
Name: Carl Huber
Job or Title (if known): San Rafael police sergeant
Address: 1400 fifth street
City: San Rafael   State: CA   Zip Code: 94901
County: Marin
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

Defendant No. 4
Name: California Department of Transportation "CAL Trans"
Job or Title (if known): State Agency, owner of encampment
Address: 111 Grand Ave
City: Oakland   State: CA   Zip Code: 94612
County: Alameda
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th amendment right to bodily integrity. and protection from unlawful searches and seizures. 8th cruel and unusual Punishment. 5th Amendment and 14th Amendment Due Process Provisions

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

They are acting under Municipal ordinances that criminalize Homelessness.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

San Rafael Highway underpass. Francisco Blvd and Yacht Club drive

B. What date and approximate time did the events giving rise to your claim(s) occur?

within the last two years. (During Covid-19)

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

City of San Rafael stole the car I was living in during the pandemic for registration issues forcing me to be exposed to Covid-19 and into dangerous living on the streets.

They are now forcing me to live underneath the 101 Highway in their unsafe and unsanitary city operated encampment.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Permanent Hearing loss from constant exposure to Freeway Noise in excess of 90 decibels

Respiratory illness from exposure to Freeway exhaust, and other physical injury.

Loss of my vehicle and property

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

That I have basic needs met while homeless. To stop them from forcing us into this dangerous camp.

Monetary Relief for Physical, emotional, damages and property loss.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-29-22

Signature of Plaintiff
Printed Name of Plaintiff

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

_____   _____   _____
City              State              Zip Code

Telephone Number
E-mail Address