Clear Form

FILED
MAR 29 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

KAW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV22  2001

James Helland    Plaintiff,    )    CASE NO. _____
                               )
         vs.                   )    **APPLICATION TO PROCEED**
                               )    **IN FORMA PAUPERIS**
City of San Rafael, CA         )    (Non-prisoner cases only)
                               )
              Defendant.       )

I, James Helland, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?                Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.      Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7       a.      Business, Profession or              Yes ____ No ✓

8               self employment?

9       b.      Income from stocks, bonds,           Yes ____ No ✓

10              or royalties?

11      c.      Rent payments?                       Yes ____ No ✓

12      d.      Pensions, annuities, or              Yes ____ No ✓

13              life insurance payments?

14      e.      Federal or State welfare payments,   Yes ✓ No ____

15              Social Security or other govern-

16              ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  __GA  318.00 per month  100 Dollars__

20  __in food stamps__

21  3.      Are you married?                         Yes ____ No ✓

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____  Net $_____

26  4.      a.      List amount you contribute to your spouse's support:$ _____

27          b.      List the persons other than your spouse who are dependent upon you for support

28                  and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   _____

3   _____

4   5.      Do you own or are you buying a home?           Yes ____  No ✓

5   Estimated Market Value: $_____  Amount of Mortgage: $_____

6   6.      Do you own an automobile?                      Yes ____  No ✓

7   Make _____ Year _____ Model _____

8   Is it financed? Yes _____ No _____ If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.      Do you have a bank account?   Yes ____  No ✓  (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s):  $ _____

14  Do you own any cash?  Yes ____ No ✓  Amount: $ _____

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)                                         Yes ____  No ✓

17  _____

18  8.      What are your monthly expenses?

19  Rent: $ __∅_____  Utilities: __∅_____

20  Food: $ __∅_____  Clothing: __∅_____

21  Charge Accounts:

22  Name of Account              Monthly Payment              Total Owed on This Account

23  _____        $ _____        $ _____

24  _____        $ _____        $ _____

25  _____        $ _____        $ _____

26  9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)
                        No

28  _____

- 3 -

10.   Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_3-28-22_     _James Hill_ (signature)

DATE          SIGNATURE OF APPLICANT

- 4 -