Your name: James Hellard
Address: PO Box 150405
San Rafael, CA 94901
Phone Number: 628-888-9073
Fax Number:
E-mail Address: JamesHellard@yahoo.com

Pro Se [Select one: Plaintiff or Defendant]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

[Select one location: San Francisco / Oakland / San Jose / Eureka]

James Hellard

Plaintiff(s),

vs.

City of San Rafael
Lynn Murphy
Carl Huber

Defendant(s).

Case Number: CV22 2001 KAW

Title of Document: Proposed Order

The court hereby orders the following

1. The city shall ~~comst~~ provide adequate Hygiene services ~~at the camp~~ to unhoused people and myself experiencing Homelessness

RECEIVED MAR 29 2022 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA

TITLE OF DOCUMENT: _____ CASE NO.: _____
PAGE NO. ___ OF ___ [JDC TEMPLATE]

2. Security guards and Police at the camp shall not ~~molest~~ molest or destroy peoples property unlawfully

3. The City of San Rafael shall not force plaintiff into living in dangerous conditions on the highway underpass where Plaintiff is experiencing irreparable Hearing Loss.

4. The city shall not molest James Hellard if he camps in a safer location

5. The court shall send a monitor to ensure Health and safety conditions are met.

6. That all campers in the underpass be given ear Plugs and N-95 Masks to protect against environmental pollution

7. The city shall provide fire extinguishers and an emergency fire exit at the camp

8. The city shall stop taking peoples possessions and destroying said possessions without any genuine notice.

a. The City shall provide just monetary compensation to all people they have harmed at the encampment.

Date: 3-29-22  Sign Name: *James B Helland (signature)*
Print Name: James B Helland

TITLE OF DOCUMENT:_____ CASE NO.:_____
PAGE NO. ___ OF ___  [JDC TEMPLATE]